FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -8  A 11: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BANK OF AMERICA, N.A.

VERSUS

MISS JUDY (Official Number 995249), its engines,
machinery, tackle, apparel, furniture, etc., in rem;
ELDRIDGE K. ARRINGTON, JR.; and
JUDY L. ARRINGTON

Civil Action No. 00-0394

Section ____
SECT. R  MAG. 2

### ORDER

Upon review of the Verified Complaint in this action, and in consideration of the laws (particularly 46 U.S.C. § 31325, Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Local Admiralty, and Local Admiralty Rule 4.1(B)) and of the $250.00 amount that plaintiff has deposited into the registry of the court pursuant to Local Admiralty Rule 65.1.1;

IT IS HEREBY ORDERED that the Clerk of this Court issue a warrant for the arrest of the MISS JUDY (Official No. 995249) (including without limit its engines, machinery, tackle, furniture, apparel and appurtenances, etc., whether on board or on shore), the Court having determined that the conditions for an action *in rem* appear to exist.

New Orleans, Louisiana, this 8th day of February 2000.

_____
UNITED STATES DISTRICT JUDGE

GAMD-NO 98083-1

DATE OF ENTRY  FEB 1 0 2000

Fee____
Process____
X  Dktd____
___ CtRmDep
Doc.No.____