

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -8  A 10: 53

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA  **00-0394**

BANK OF AMERICA, N.A.

VERSUS

MISS JUDY (Official Number 995249), its engines,
machinery, tackle, apparel, furniture, etc., in rem;
ELDRIDGE K. ARRINGTON, JR.; and
JUDY L. ARRINGTON

Civil Action No. _____ -

**S.** Section _____

Magistrate Judge

### Plaintiff's Motion and Incorporated Memorandum for Order Directing Notice of Suit

Bank of America, N.A. ("Plaintiff") moves for an Order directing notice of suit as required

by 46 U.S.C. § 31325(d), Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime

Claims, and Local Admiralty Rules 64.1 and 64.5.

Under 46 U.S.C. § 31325(d) (and subject to certain limitations as set forth therein), actual

notice of commencement of the suit to enforce a preferred mortgage lien against a vessel is to be

given to (A) the master or individual in charge of the vessel, (B) any person who has recorded a

notice of claim of an undischarged lien upon the vessel, and (C) a mortgagee of an undischarged

recorded mortgage on the vessel. Under this statute, the court is to direct the manner of notice.

After searching the record, Plaintiff has discovered that no liens and no mortgages (other than

Plaintiff's Mortgage) are currently recorded against the vessel at issue here, namely, the MISS JUDY

GAMD-NO 98081-1                                  -1-



____ Fee ____
____ Process ____
_X_ Dktd ____
_✓_ CtRmDep ____
Doc.No ____

(Official No. 995249) (the "Vessel"). An original Form CG-1330, "Certificate of Ownership of Vessel," displaying this information is attached as Exhibit D to the Verified Complaint in this action.

As Plaintiff notes in its Verified Complaint in this action, the Vessel has no master or other individual in charge other than the two individual defendants in this action, namely, Eldridge K. Arrington, Jr. and Judy L. Arrington (the "Arringtons").

Accordingly, the only persons to whom actual notice of this action is required to be given under 46 U.S.C. § 31325(d) are the Arringtons. Actual notice to them can be accomplished by sending each of them by United States certified mail, return receipt requested, a copy of the Verified Complaint and/or through the service of the summons and Verified Complaint on them under F.R.Civ.P. 4.

In accordance with Supplemental Rule 4(C) and Local Admiralty Rules 64.1 and 64.5, Plaintiff shall also cause public notice of the action and arrest to be given in The Times-Picayune if the Vessel is not released within 10 days after execution of process.

Respectfully submitted,

GORDON, ARATA, McCOLLAM,
 DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111

By: _____
    Paul E. Bullington (14109), T.A.
    C. Peck Hayne Jr. (19615)

Attorneys for Bank of America, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BANK OF AMERICA, N.A.                                    Civil Action No. _____

VERSUS                                                              Section _____

MISS JUDY (Official Number 995249), etc., in rem;       Magistrate Judge _____
ELDRIDGE K. ARRINGTON, JR.; and
JUDY L. ARRINGTON

### Order Directing Notice of Suit

Considering Plaintiff's Motion for Order Directing Notice of Suit,

IT IS ORDERED that actual notice of this action shall be given to Eldridge K. Arrington,

Jr. and Judy L. Arrington by certified mail, return receipt requested, a copy of the Verified

Complaint and/or by service of a summons and a copy of the Verified Complaint in accordance with

Rule 4 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that public notice containing the information specified in Local

Admiralty Rule 64.1 be given in The Times-Picayune if the Vessel is not released within 10 days

after execution of process of the Vessel.

New Orleans, Louisiana, this _8th_ day of February 2000.

_____
UNITED STATES DISTRICT JUDGE

GAMD-NO.98081-1