

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BANK OF AMERICA, N.A.　　　　　　　　　　　　Civil Action No. 00-0394 R(2)

VERSUS　　　　　　　　　　　　　　　　　　　　　Judge Vance

MISS JUDY (Official Number 995249), etc., et al.　　Magistrate Judge Wilkinson

### Plaintiff's Motion for Entry of Default

Bank of America, N.A. ("Plaintiff") moves for entry of default under F.R.Civ.P. 55(a) against defendants Eldridge K. Arrington, Jr. and Judy L. Arrington and against the filing of claims in, or, or against the defendant vessel, the MISS JUDY (Official Number 995249), its engines, machinery, tackle, apparel, furniture, etc. In support, Plaintiff submits the attached declaration.

Respectfully submitted,

#### Certificate of Service

I certify on this 2nd day of March that no person (other than Plaintiff) has made any appearance of record and thus that there is no person to whom service is required to be made under F.R.Civ.P. 5.

_____

GORDON, ARATA, McCOLLAM,
　DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
　　Telephone: (504) 582-1111

By: _____
　Paul E. Bullington (14109), T.A.
　C. Peck Hayne Jr. (19615)

Attorneys for Bank of America, N.A.

GAMD-NO-99784-1

DATE OF ENTRY   MAR 0 9 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BANK OF AMERICA, N.A.                                             Civil Action No. 00-0394 R(2)

VERSUS                                                                                   Judge Vance

MISS JUDY (Official Number 995249), etc., et al.         Magistrate Judge Wilkinson

### Declaration under 28 U.S.C. § 1746

**I, C. Peck Hayne Jr.**, make the following declaration:

1. I am counsel of record for Bank of America, N.A. ("Plaintiff") in this action and make the statements below from the best of my knowledge, information, and belief.
2. As verified by the two service returns (made pursuant to 28 U.S.C. § 1746) filed into the record on February 11, 2000, Eldridge K. Arrington Jr. and Judy L. Arrington (the "Arringtons") were each personally served on February 10, 2000. Thus, the Arringtons were required to answer (or otherwise to file motions under F.R.Civ.P. 12(b)) on or before March 1, 2000.
3. As a review of the record will confirm, neither of the Arringtons has filed an answer, motion, or other appearance in this action. Thus, in accordance with F.R.Civ.P. 55(a), Plaintiff is entitled to have the Clerk enter default against each of the Arringtons.
4. As verified by the affidavit attached to Plaintiff's Proof of Public Notice filed into the record on February 17, 2000, public notice of this action and of the arrest of the Vessel was duly given in The Times-Picayune on February 12, 2000, in accordance with Local Admiralty Rules 64.1 and 64.5, F.R.Civ.P. Supp. Rule C(4), and this Court's order of February 8, 2000. As further specified in that notice, the deadline for filing any claims in, to, or against the MISS JUDY (Official Number 995249), its engines, machinery, tackle, apparel, furniture, etc. (the "Vessel") was Monday, February 28, 2000.
5. As a further review of the record will confirm, no person has filed a claim in, to, or against the Vessel or otherwise sought to make an appearance in this action. Accordingly, Plaintiff is also entitled to have the Clerk enter default against all persons with a claim in, to, or against the Vessel.

I declare under penalty of perjury that the foregoing is correct. Executed in New Orleans, Louisiana, this 2nd day of March 2000.

_____
C. Peck Hayne Jr.

GAMD-NO 99784-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BANK OF AMERICA, N.A.  Civil Action No. 00-0394 R(2)

VERSUS  Judge Vance

MISS JUDY (Official Number 995249), etc., et al.  Magistrate Judge Wilkinson

### Entry of Default

Considering Plaintiff's Motion for Entry of Default as well as the record and the applicable law;

And it appearing that defendants Eldridge K. Arrington, Jr. and Judy L. Arrington have each failed to plead or otherwise defend within the time provided by law and that no claims in, to, or against the defendant vessel have been timely filed;

IT IS ORDERED that default is hereby entered against defendants Eldridge K. Arrington, Jr. and Judy L. Arrington and against the filing of any claims in, or, or against the defendant vessel, the MISS JUDY (Official Number 995249), its engines, machinery, tackle, apparel, furniture, etc.

New Orleans, Louisiana, this _____ day of March 2000.

LORETTA G. WHYTE, Clerk

_____
Clerk of Court

By _____
Deputy Clerk

GAMD-NO 99784-1