

MINUTE ENTRY
VANCE, J.
JUNE 21, 2000



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

The following cases were called this day to show cause why they should not be DISMISSED:

99-2722       **PERFORADORA CENTERAL, SA de CV vs. M/V ROSIE, ET AL**
              No answer or default judgment as to the defendants, Nautica Saltamar SA de
              CV, and Cotemar SA de CV.
              **ORDERED that this matter is passed 30 days to allow counsel the opportunity
              to take the appropriate action or this matter will be dismissed for failure to
              prosecute.**

99-3586       **DENNIS BENNETT VS. CHEMICAL LEMAN TANKLINES, INC., ET AL**
              No answer or default judgment as to the defendant, Van Camp Trailers and
              Body Inc.
              **ORDERED that the call docket is satisfied.**

99-3634       **ALPHONSE GRAFFIA, III, ET AL VS. SERAFIN TOPIC, ET AL**
              No answer or default judgment as to the defendants, Marfin Management
              S.A.M., Western Cumberland Carriers, Inc., Blue Water Shipping Co., and
              Blue Water Shipping Services, Inc.
              **ORDERED that this matter is passed 30 days to allow counsel the opportunity
              to take the appropriate action or this matter will be dismissed for failure to
              prosecute.**

00-69         **SHAREEF COUSIN VS. ANTHONY SMALL**
              No answer or default judgment as to the defendants, Byron Berry, Roger
              Jordan, Greg Kennedy, and Harry Connick
              **ORDERED case passed 30 days.**

DATE OF ENTRY

JUN 2 2 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____

00-354      **ASBESTOS WORKERS LOCAL 53 HEALTH & WELFARE FUND VS. CALVIN ARENA**
No answer or default judgment as to the defendant, Calvin Arena.
ORDERED that this matter is passed 30 days to allow counsel the opportunity to take the appropriate action or this matter will be dismissed for failure to prosecute.

00-394      **BANK OF AMERICA NA VS. MISS JUDY, ET AL**
No answer or default judgment as to the defendants, Eldridge K. Arrington, Jr. and Judy L. Arrington.
ORDERED that the call docket is satisfied.

00-509      **HERB TANNER SNOW VS. WEEKS MARINE, ET AL**
No answer or default judgment as to the defendant, Weeks Marine.
ORDERED that the call docket is satisfied.

00-541      **EDWARD BAHWELL VS. STANLEY-BOSTITCH, INC., ET AL**
No answer or default judgment as to the defendant, Gary Durall.
ORDERED that this matter is passed 30 days to allow counsel the opportunity to take the appropriate action or this matter will be dismissed for failure to prosecute.

00-544      **RIVERFRONT GARDEN DISTRICT ASSOCIATION, INC., VS. USA, ET AL**
No answer or default judgment as to the defendants, City of New Orleans and Clifford Scineaux.
ORDERED that this matter is passed 30 days to allow counsel the opportunity to take the appropriate action or this matter will be dismissed for failure to prosecute.

00-629      **THOMAS E. JOHNSON VS. LAWSON & LAWSON TOWING CO INC.**
No answer or default judgment as to the defendant, Lawson & Lawson Towing Co., Inc.
ORDERED that the call docket is satisfied.

00-750       **GREGORY T. JOHNSTON VS. JEFFERSON-PILOT LIFE INS CO., ET AL**
No answer or default judgment as to the defendants, Jefferson Pilot Life Insurance Co., Island Operating Company Inc. Long Term Disability Benefit Plan, and Island Operating Company, Inc.
**ORDERED that the call docket is satisfied.**

00-755       **USA VS. EURO-AMERICA SHIPPING & TRADE, INC., ET AL**
No answer or default judgment as to the defendant, Euro-America Shipping & Trade, Inc.
**ORDERED that this matter is passed 30 days to allow counsel the opportunity to take the appropriate action or this matter will be dismissed for failure to prosecute.**

_____
/SARAH S. VANCE
UNITED STATE DISTRICT JUDGE