

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BANK OF AMERICA, N.A.                                    Civil Action No. 00-0394 R(2)

VERSUS                                                              Judge Vance

MISS JUDY (Official Number 995249), etc., et al.    Magistrate Judge Wilkinson

### Consent Motion to Dismiss Without Prejudice

NOW INTO COURT through undersigned counsel comes plaintiff Bank of America, N.A. (hereinafter "Bank of America") who respectfully moves for dismissal, *without prejudice*, of this action pursuant to Fed. R. Civ. P. 41 (a). The only defendant who has appeared in this action, Eldridge K. Arrington, Jr., consents to the relief requested in this motion.

WHEREFORE, Bank of America, N.A. respectfully moves this Court for dismissal of this action, without prejudice.

### Certificate of Service

I certify on this 25th day of July, 2000, a copy of this pleading was mailed, first-class postage prepaid, to all counsel of record.

_____

Respectfully submitted,

GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana  70170-4000
    Telephone:  (504) 582-1111

By:_____
  Paul E. Bullington (14109), T.A.
  C. Peck Hayne Jr. (19615)

Attorneys for Bank of America, N.A.

GAMD-NO:105750-1

DATE OF ENTRY
AUG  2 2000



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BANK OF AMERICA, N.A.                               Civil Action No. 00-0394 R(2)

VERSUS                                              Judge Vance

MISS JUDY (Official Number 995249), etc., et al.    Magistrate Judge Wilkinson

### Order of Dismissal

Considering the foregoing motion;

IT IS ORDERED that this action is hereby dismissed, without prejudice.

New Orleans, Louisiana, this 28th day of July, 2000.

_____
United States District Judge

GAMD-NO:105750-1