

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BANK OF AMERICA, N.A.             Civil Action No. 00-0394 R(2)

VERSUS            Judge Vance

MISS JUDY (Official Number 995249), etc., et al.      Magistrate Judge Wilkinson

### Motion to Withdraw Cost Bond

Plaintiff **Bank of America, N.A.** moves for an order directing the Clerk to disburse as directed in the attached order the $250 in the registry as a cost-bond. This motion is made at the request of the Clerk, per the attached letter dated August 2, 2006.

Respectfully submitted,

C. Peck Hayne Jr. (19615)
Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111

By: _____

Attorneys for Bank of America, N.A.

### Certificate of Service

I certify on this 9th day of August 2006 a copy of this motion (with all attachments) was mailed, first-class postage prepaid, to all counsel of record.

_____

GAMDE-NO: 193650-1

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**LORETTA G. WHYTE**
**CLERK**

500 POYDRAS STREET, RM C-151
NEW ORLEANS, LA 70130

August 2, 2006

C. Peck Hayne, Jr.
Gordon, Arata, McCollam, Duplantis & Eagan LLP
201 St. Charles Avenue, Suite 4000
New Orleans, LA  70170

RE:   Civil Action 00-CV-0394 "R"
      Bank of America, N.A. v. Miss Judy, et al

Dear Mr. Hayne:

   Our records reflect that the sum of $250.00, your check number 40119, was deposited into the Registry of the Court on 2/08/00 in the above numbered case.

   The case has been *closed* and in order to return the deposit, you should file a Motion and Order directing the Clerk to refund that sum to you or your client.

   If you have any questions, please call our office at (504) 589-7785.  Your prompt attention to this matter would be appreciated.

Very truly yours,

Marion K. Barbir
Financial Assistant

received
8/08/2006