"Certification of Funds in the Registry"

PRINCIPAL: $ 250.00

Financial Deputy: [signature]   Date: 8/10/06

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 18  AM 7:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BANK OF AMERICA, N.A. | Civil Action No. 00-0394 R(2) |
| VERSUS | Judge Vance |
| MISS JUDY (Official Number 995249), etc., et al. | Magistrate Judge Wilkinson |

### Order

Considering the foregoing motion;

IT IS ORDERED that the motion is GRANTED and that the Clerk immediately release $250.00 (and any remaining funds in the registry of the Court for this action) to the plaintiff by mail at the following address:

> Bank of America, N.A.
> c/o C. Peck Hayne Jr., its counsel
> 201 St. Charles Avenue, 40th Floor
> New Orleans, LA 70170-4000

New Orleans, Louisiana, this 17th day of August 2006.

[signature]
United States District Judge

GAMDE-NO: 193650-1

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___